JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH VICTOR LAGANA,<br><br>  Petitioner,<br><br>  v.<br><br>SHERIFF VILLANUEVA OF LOS ANGELES, ATTORNEY GENERAL OF CALIFORNIA,<br><br>  Respondents. | No. 2:21-cv-04860-DOC (JDE)<br><br>JUDGMENT |

  Pursuant to the Order Summarily Dismissing Action,

  IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  November 1, 2021

_David O. Carter_
DAVID O. CARTER
United States District Judge